ACCEPTED
14-14-00908-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/27/2015 8:02:15 PM
CHRISTOPHER PRINE
CLERK

No. 14-14-00908-CR

IN THE COURT OF APPEALS
FOR THE
FOURTEENTH SUPREME JUDICIAL DISTRICT
AT HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/27/2015 8:02:15 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| DANIEL CRUZ | § | APPELLANT |
| V. | § | |
| STATE OF TEXAS | § | APPELLEE |

MOTION TO EXTEND TIME FOR FILING APPELLATE BRIEF

COMES NOW DANIEL CRUZ, Appellant in the above entitled and numbered cause and moves the court to extend the time for filing his appellate brief and in support thereof would show the court as follows:

Appellant was convicted of the felony of aggravated assault in cause number 13-DCR-064876 in the 268th District Court of Fort Bend County and assessed a punishment of imprisonment for fourteenth years in the Institutional Division, on November 3, 2014. Appeal was perfected on November 3, 2014. Appellant's brief was due on April 3, 2015. Counsel has been unable to complete the brief because of a number of other trial and appellate matters. Counsel is requesting an extension of 30 days, until May 27, 2015 No prior extensions have been granted.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the foregoing motion be granted.

Respectfully submitted,

/s/ J.Sidney Crowley
J. Sidney Crowley
214 Morton St.
Richmond, Texas 77469
281-232-8332
jcrowl@windstream.net
TBC No. 05170200
ATTORNEY FOR APPELLANT

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served on the

Fort Bend County District Attorney's Office, this the 27th day April, 2015.

/s/ J. Sidney Crowley